[Nos. 45050-6-I; 45211-8-I.   Division One.   December 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DESI SALAZAR,
*Defendant*, ALAN VANCE LEYVA, ET AL., *Appellants*.
THE STATE OF WASHINGTON, *Respondent*, v. DESI SALAZAR,
*Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 99-1-01279-4, Michael Hayden, J., entered August 5, 1999. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox and Ellington, JJ.

[No. 45154-5-I.   Division One.   December 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. THAO D. SON,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-10192-8, Janice Niemi, J., entered August 16, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44136-1-I.   Division One.   December 26, 2000.]

THE CITY OF FEDERAL WAY, *Respondent*, v. MYUNG C. SEO,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00946-9, Julia Garrett, J. Pro Tem., entered January 15, 1999. *Reversed* by unpublished opinion per Grosse, J., concurred in by Agid, C.J., and Ellington, J.

[Nos. 44376-3-I; 45975-9-I.   Division One.   December 26, 2000.]

NICOLE DEBERGE, *Appellant*, v. THE CITY OF SEATTLE,
*Respondent*.

Appeals from a judgment and order of the Superior Court for King County, No. 97-2-08434-2, Donald D. Haley, J., entered February 9 and February 26, 1999. *Reversed* by unpublished opinion per Coleman, J., concurred in by Cox and Ellington, JJ.